■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH PICCIRILLO, Appellant.—Judgment unanimously reversed on the law, motion granted and matter remitted to Niagara County Court for further proceedings on the indictment, in accordance with the same Opinion by Doerr, J.P., as in *People v Candella* (171 AD2d 329 [decided herewith]). (Appeal from Judgment of Niagara County Court, Hannigan, J.—Conspiracy, 2nd Degree.) Present—Doerr, J. P., Denman, Boomer, Green and Davis, JJ.